**354**

■

Ted CRAIG, Appellant,

v.

CAMDEN COUNTY COMMISSION,
Respondent.

No. WD 65567.

Missouri Court of Appeals,
Western District.

April 4, 2006.

Nicole L. Sublett, Jefferson City, MO, for Appellant.

Jeffrey O. Parshall, Columbia, MO, for Respondent.

Before EDWIN H. SMITH, C.J., THOMAS H. NEWTON and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

Mr. Ted Craig appeals the circuit court's decision to dismiss the petition for judicial review under section 536.100 for lack of subject matter jurisdiction. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).

■

Jeffrey L. HENDRICKS, Appellant,

v.

Danelle Marie COLE, Respondent.

No. WD 65719.

Missouri Court of Appeals,
Western District.

April 4, 2006.

Michael Walker, Kansas City, for appellant.

Danelle Cole, Excelsior Springs, pro se.

Before JOSEPH M. ELLIS, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and PAUL M. SPINDEN, Judge.

### ORDER

Jeffrey L. Hendricks appeals the circuit court's judgment designating Danelle Marie Cole's address as their child's primary residential address. We affirm. Rule 84.16(b).

Bennie BENTON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 64856.

Missouri Court of Appeals,
Western District.

April 4, 2006.